KAMER ZUCKER ABBOTT
Scott M. Abbott      #4500
Nicole A. Martin     #13423
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:    (702) 259-8640
Fax:    (702) 259-8646
sabbott@kzalaw.com
nmartin@kzalaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE CASEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX. REL. BOARD OF REGENTS OF NEVADA SYSTEM OF HIGHER EDUCATION, a state entity, Victor Redding, an individual, Thomas Reilly, an Individual, Joseph Reynolds , an individual, Crystal Abba , an individual, Dean Gould, an individual, Zelam Bogale, an individual, DOES 1-50 inclusive, and ROE Corporations 1-50 inclusive.<br><br>　　　　Defendants. | Case No. 3:20-cv-00720-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. The parties are to bear their own attorney's fees and costs, except as otherwise provided.

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own attorney's fees and costs, except as otherwise provided. |
| 2 | |
| 3 | DATED this 25th day of June 2021. |
| 4 | Respectfully submitted, |
| 5 | HKM EMPLOYMENT ATTORNEYS LLP    KAMER ZUCKER ABBOTT |

By:  /s/ *Jenny L. Foley*    By:  /s/ *Scott M. Abbott*
Jenny L. Foley      #9017      Scott M. Abbott      #4500
1785 East Sahara Avenue, Suite 300    Nicole A. Martin      #13423
Las Vegas, Nevada 89104      3000 West Charleston Blvd., Suite 3
Tel: (702) 805-8340      Las Vegas, Nevada 89102-1990
          Tel: (702) 259-8640

Attorney for Plaintiff      Attorneys for Defendants

**IT IS SO ORDERED.**

June 28, 2021
**DATE**                     **UNITED STATES DISTRICT JUDGE**